**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**VMC-CPT DIVISION**

MICHAEL A. ADAMS AND JACQUELYN SATMRY ADAMS
PLAINTIFFS,

V. CASE NO. 8:26-CV-02592-VMC-CPT

SUTTON CONTRACTING, INC.
DEFENDANT.

---

**NOTICE OF RELATED ACTION**

Pursuant to Middle District of Florida Local Rule 1.07(c), Plaintiffs Michael "Drew" Adams and Jacquelyn Adams, through undersigned counsel, file this Notice of Related Action.

After reasonable inquiry, Plaintiffs are not aware of any civil action, criminal action, administrative proceeding, bankruptcy matter, or other proceeding that is related to this action and that is pending or has been closed in the Middle District of Florida or elsewhere.

Dated: September 21, 2026.

Respectfully submitted,
**GRADY LEGAL, P.A.**
/s/ Jacqueline A. Grady
Jacqueline A. Grady, Esq.
Florida Bar No. 635871
2925 Cardinal Drive, Suite C
Vero Beach, Florida 32963
Telephone: (754) 333-0313
Email: jackie@gradylegal.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve all counsel of record.

**GRADY LEGAL, P.A.**
/s/ Jacqueline A. Grady
Jacqueline A. Grady, Esq.
Florida Bar No. 635871
2925 Cardinal Drive, Suite C
Vero Beach, Florida 32963
Telephone: (754) 333-0313
Email: jackie@gradylegal.com
Counsel for Plaintiffs